
**FILED**
MAR 28 2018
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CLARENCE EDWARD HENDERSON** *aka Edward Lee Danjou*, **Defendant.** | CR 07-10-BU-DWM **PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 53.) Defendant Clarence Edward Henderson appeared before Magistrate Judge Jeremiah C. Lynch on August 30, 2007, and entered a plea of guilty to the Indictment. (Doc. 20.) The Court adopted Judge Lynch's Findings and Recommendation in full and granted Henderson's motion to change plea. (Doc. 23.) Henderson's plea provides a factual basis and cause to issue an Order of Forfeiture pursuant to 18 U.S.C. § 924(d). Accordingly,

1

IT IS ORDERED that the motion is GRANTED. Henderson's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

1) Ruger, Model P95, 9mm semi-automatic pistol, serial number 315-60043; and
2) Smith and Wesson, Model SW40P, .40 caliber semi-automatic pistol, serial number PBH1826;

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 28th day of March, 2018.

_____ 15:19. P.M.
DONALD W. MOLLOY
United States District Court Judge