IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLARENCE EDWARD HENDERSON *aka Edward Lee Danjou*, <br><br> Defendant. | CR 07–10–BU–DWM <br><br><br> ORDER |

The United States has filed an unopposed motion for entry of a final order of forfeiture. (Doc. 65.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 922(g)(1) and 924(d).

2. A preliminary order of forfeiture was entered on March 28, 2018. (Doc. 57.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d), 21 U.S.C. § 853(n)(1), and Federal Rule of Criminal Procedure 32.2. (Doc. 64.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the Motion for Final Order of Forfeiture (Doc. 65) is GRANTED. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger, Model P95, 9mm semi-automatic pistol, serial number 315-60043; and

- Smith and Wesson, Model SW40P, .40-caliber semi-automatic pistol serial number PBH1826.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of June, 2019.

Donald W. Molloy, District Judge
United States District Court